

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2015

No. 04-14-00893-CV

**IN THE INTEREST OF M.C. AND T.C.,** Children,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00142
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Brief is GRANTED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court